IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KIMBERLY A. MCMULLEN, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-358 |
| v. | |
| RASHAWN R. GREEN; and FREIGHTECH, INC., | |
| Defendants. | |

**O R D E R**

On September 22, 2022, counsel for Plaintiff and counsel for Defendants jointly advised the Court that the parties have agreed in principle to settle this matter and that they are working to finalize a formal settlement agreement and intend to file a stipulation of dismissal once the agreement is fully executed and "satisfaction of all payments ha[s] been accomplished." (Doc. 40.) Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within forty-five (45) days of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement. In the alternative, the parties may simply file a joint stipulation of dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within forty-five (45)

days, the Court will *sua sponte* dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED** this 3rd day of October, 2022.

*[signature]*

---
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA